UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-110-MOC

| | |
|---|---|
| CHARLES CHILDERS, | ) |
|    Plaintiff, | ) |
| v. | ) **ORDER** |
| MARTIN O'MALLEY, | ) |
|   Acting Commissioner of Social Security, | ) |
|    Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Attorney's Fees. (Doc. No. 16). Upon review of the materials, the Court finds that Plaintiff's request for attorney fees is reasonable. The motion for attorney fees is **GRANTED**.

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $7,700.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to PO Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel.

Signed: October 4, 2024

Max O. Cogburn Jr.
United States District Judge